# Sheehan & Associates, P.C.

505 Northern Blvd Ste 311      tel. 516.303.0552      fax 516.234.7800
Great Neck NY 11021-5101      spencer@spencersheehan.com

February 11, 2020

District Judge Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   1:19-cv-05566-RPK-CLP
Hyde v. WWF Operating Company, LLC

Dear District Judge Kovner:

This office represents Plaintiff in the above referenced matter. Together with counsel for Defendant WWF Operating Company, LLC, we jointly write pursuant to section I.F of Your Honor's Individual Rules of Practice to request an extension of the deadline for Defendant to answer or otherwise respond to the Complaint. The current deadline for Defendant to respond to the Complaint is February 24, 2020. The parties jointly stipulate to a 45 day extension of this deadline with a new response date of April 9, 2020. The reason for the request is to accommodate counsels' schedules and conflicting deadlines. No previous requests for adjournment or extensions have been made in this matter. Defendant consents to this request.  Thank you.

Respectfully submitted,

 /s/Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on February 11, 2020, I served or emailed the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ |
| Plaintiff's Counsel | ☐ | ☐ | ☒ |

/s/ Spencer Sheehan
Spencer Sheehan